DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ELLIS

No. 8 PC.

Case below: 33 N.C. App. 667.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1977.

STATE v. FLYNN

No. 184 PC.

Case below: 33 N.C. App. 492.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

STATE v. FOSTER

No. 209 PC.

Case below: 33 N.C. App. 145.

Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals denied 23 August 1977.

STATE v. FOSTER

No. 207 PC.

Case below: 33 N.C. App. 405.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 23 August 1977.

STATE v. GREEN

No. 189.

Case below: 33 N.C. App. 405.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.